UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN THOMAS MACCORRIO,<br>　　　　　　Plaintiff,<br>　　v.<br>I.D.,<br>　　　　　　Defendant. | Case No. C25-86-KKE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court has reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, to which no objections were filed. Dkt. No. 3. Considering the Report and Recommendation and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation.

2. Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED. Plaintiff is directed to pay the $405.00 filing fee, or submit a corrected IFP application by April 25, 2025. If Plaintiff fails to do so, the Clerk is directed to close the case.

The Clerk is directed to send copies of this Order to Plaintiff, if Plaintiff provides an address, and to Judge Peterson.

Dated this 25th day of March, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge