UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN THOMAS MACCORRIO,<br>Plaintiff,<br>v.<br>I.D.,<br>Defendant. | CASE NO. C25-0086-KKE<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on Plaintiff's failure to pay the filing fee or submit a corrected *in forma pauperis* ("IFP") application. On March 25, 2025, the Court adopted the report and recommendation of Magistrate Judge Michelle L. Peterson (Dkt. No. 3) and denied Plaintiff's IFP application. Dkt. No. 4. Plaintiff was instructed to pay the filing fee or submit a corrected IFP application by April 25, 2025, or the case would be closed. Plaintiff has not filed any additional material or paid the filing fee. Accordingly, the Court dismisses the case without prejudice and instructs the Clerk to close the case.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1